

# Fourth Court of Appeals
## San Antonio, Texas

August 21, 2019

No. 04-19-00359-CR

Laura Flores **MESSICK,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR11174
Honorable Catherine Torres-Stahl, Judge Presiding

# O R D E R

The reporter's record was originally due to be filed in this appeal on July 12, 2019. The certificate of notice of appeal prepared by the trial court clerk identified three court reporters as responsible for preparing the record. Two of those court reporters previously filed their portions of the record. On July 16, 2019, this court notified the third court reporter, Ms. Maria Fattahi, that her portion of the reporter's record was late. Ms. Fattahi was instructed to file either a notification of late record by July 26, 2019, or the reporter's record by August 15, 2019. Ms. Fattahi failed to respond to this court's notice.

It is therefore ORDERED that Ms. Fattahi file her portion of the reporter's record in this appeal no later than September 3, 2019. The clerk of this court shall cause a copy of this order to be served on Ms. Fattahi by certified mail, return receipt requested, or give other personal notice of this order with proof of delivery.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of August, 2019.



KEITH E. HOTTLE,
Clerk of Court